# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Carro & Carro Enterprises, Inc. )     ASBCA Nos. 57821, 57937, 57995
)                57996, 58463, 58685
)                58687, 58690, 58743
)                58744, 58745, 58823
)                58825, 59263, 59495
)                59520, 59521, 59533
)                60048, 60281, 60450
)                60524, 60593
Under Contract No. W912EP-07-C-0024 )

APPEARANCES FOR THE APPELLANT:      Steven L. Reed, Esq.
                                    Douglas L. Tabeling, Esq.
                                    Lochlin B. Samples, Esq.
                                    Jonathan R. Mayo, Esq.
                                       Smith, Currie & Hancock LLP
                                       Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                    Susan E. Symanski, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The parties have settled all appeals and claims under the captioned contract pursuant to a Board mediation. The government will pay appellant the amount agreed in the Settlement Agreement and will pay that amount to the Wells Fargo Bank, N.A., bank account designated and assigned by appellant and accepted by the contracting officer. Therefore, the appeals are dismissed with prejudice, subject to reinstatement only if the Settlement Agreement is not fully performed by both parties. Any request to reinstate the subject appeals must be filed within one year of the date of this Order.

Dated: 30 March 2017

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57821, 57937, 57995, 57996, 58463, 58685, 58687, 58690, 58743, 58744, 58745, 58823, 58825, 59263, 59495, 59520, 59521, 59533, 60048, 60281, 60450, 60524, 60593, Appeals of Carro & Carro Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals